United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 20-04781-MGW
Marilyn Haines                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: arciolap          Page 1 of 1          Date Rcvd: Jun 23, 2020
                              Form ID: Dntcdfnc       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db              #+Marilyn Haines,   218 Magnolia Lane,   Tampa, FL 33610-9648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
              Amber C Robinson    on behalf of Debtor Marilyn  Haines arobinson@arobinsonlawfirm.com
              Stephen L Meininger    SLMeininger@earthlink.net,   smeininger@ecf.epiqsystems.com;FL38@ecfcbis.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                           TOTAL: 3

**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:20−bk−04781−MGW
                                                                Chapter 7
Marilyn Haines


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

    On June 21, 2020 the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

    Due to the impact of the Coronavirus, at this time the filing windows at the Courthouses are CLOSED. Debtors who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court by email, facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Tampa and Ft. Myers cases at the following addresses. If papers are filed by email or fax, Debtor must also mail the papers to the Courthouse.

flmb−intake−tampa−ft−myers@flmb.uscourts.gov
(Fax) 813−301−5192
U.S. Bankruptcy Court
801 North Florida Avenue
Suite 555
Tampa, FL 33602

        Summary of Your Assets and Liabilities (forms 106 for individuals or 206 for non−individuals) were
        not filed.

        Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the Debtor is directed to file the missing items with
        proper declaration of the Debtor no later than 14 days from the date the petition was filed.

        A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

        If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor
        is directed to include $31.00 amendment fee and provide proof of service of the Notice of Chapter 7
        Bankruptcy Case to each additional creditor.

        The Debtor's attorney failed to upload creditors during the filing process. The Notice of Chapter 7
        Bankruptcy Case will exclude the creditors, and therefore, their debts may not be dischargeable.
        Creditors shall be uploaded within three days of receipt of this notice. The Debtor's attorney is also
        directed to serve a copy of the Notice of Chapter 7 Bankruptcy Case that contains the full social
        security number of the Debtor upon all creditors and file proof of service of the notice. The social
        security number must be redacted on the proof of service or its attachments filed with the Court.

A Statement of Intentions for Individuals Filing Under Chapter 7 was not signed, not filed, or filed on an outdated form. Pursuant to Fed. R. Bankr. P. 1007(b)(2) and 11 U.S.C § 521(a)(2)A), the Debtor is directed to file a Statement of Intentions for Individuals Filing Under Chapter 7 (Official Form B108), signed under penalty of perjury within 30 days. A link to updated forms is available on the Court's website at http://www.flmb.uscourts.gov/forms/.

The Debtor shall pay unpaid filing fees in the amount of $ 335.00 within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below. The Voluntary Petition was filed without full payment of the required filing fee. In addition, the Debtor has not filed an application seeking approval to pay the filing fee in installments, or an application requesting to proceed in forma pauperis. (for Chapter 7 cases only)

|  | FOR THE COURT |
| Dated: June 23, 2020 | Sheryl L. Loesch , Clerk of Court |
|  | Sam M. Gibbons United States Courthouse |
|  | 801 North Florida Avenue, Suite 555 |
|  | Tampa, FL 33602 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.